UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SABRINA HOLDER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:20-cv-00310 |
| AT & T SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER

I hereby recuse myself from this action.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE