IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**FILED**

JUN 03 2020 DB

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

SABRINA HOLDER )
)
Plaintiff, ) Civil Action No. 3:20-cv-00310
) **District Judge Eli Richardson**
v. )
)
) **JURY TRIAL DEMANDED**
AT&T SERVICES, INC. )
Defendant. )
)
)
)

## SECOND AMENDED COMPLAINT

Comes Now, Plaintiff, Sabrina Holder filing this *"Second Amended Compliant"* against Defendant AT&T Services, Inc., alleges:

In the original "***Amended Complaint***" filed on May 14, 2020, printed in error, there missing were two (2) ***"Violations"*** regarding ***Title VII of the Civil Rights Act of 1964***. Those viiolations are:

      1. Blacklisting

      2. Fraud Upon The Court by Waverly Crenshaw Jr. (who was the lawyer in the previous case for AT&T)

I asked the Honorable Judge Eli Richardson to ***include*** these ***violations*** to the "***Amended Complaint***" as they are a large portion of the complaint and therefore solidify the concerns and relief that this ***"Retaliation"*** case is founded upon.

As of this date, there has not been any ruling by the judge that would effect this change.

1

# TITLE VII VIOLATIONS
## Title VII, 42 U.S.C. 2000e2(a)

### COUNT 1
Retaliation/ Harassment

### COUNT 2
Defamation of Character

### COUNT 3
Negative Job Reference

### COUNT 4
Blacklisting

### COUNT 5
Tortious Inference

### COUNT 6
Intrusion of Solitude / Violation of Constitutional Rights to Privacy

### COUNT 7
Intentional intrusion of Privacy

### COUNT 8
GPS Tracking/ Wiretapping

### COUNT 9
Fraud Upon The Court

Respectfully Submitted

*Sabrina Holder*

Sabrina Holder
Shorecrest Pt.
Nashville, TN. 37189